UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: THEWS, MICHAEL A<br>  Debtor(s) | CASE NO. 08-22887 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1. I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:   November 18, 2010          By: /s/ Stacia L. Yoon
                                    STACIA L. YOON, TRUSTEE #16933-53
                                    Genetos Retson & Yoon LLP
                                    8585 Broadway, Suite 480
                                    Merrillville, IN 46410
                                    Telephone: (219) 755-0401
                                    bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Joanne Baitup, jbk@legalhelpers.com
Regular Mail:
THEWS, MICHAEL A, 134 S. INDIANA AVE, CROWN POINT, IN 46307
Wash Mutual/providian, Attn: Bankruptcy Dept., P.O. Box 10467, Greenville, SC 29603

Printed: 11/17/10 11:24 AM

# Claims Distribution Small Checks

Page: 1

Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case:  08-22887  -  THEWS, MICHAEL A

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200026241886 | 107 | 11/09/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $0.71 |
| | | 2 | 02/17/10 | 620 | Wash Mutual/providian<br>Attn: Bankruptcy Dept.<br>Po Box 10467<br>Greenville, SC 29603 | 10.00 | 10.00 | 0.71 | 0.71 |

(*) Denotes objection to Amount Filed